Klobusnik v Greenpac Mill, LLC
2026 NY Slip Op 04107
June 26, 2026
Appellate Division, Fourth Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

JAMES KLOBUSNIK, PLAINTIFF-RESPONDENT,
v
GREENPAC MILL, LLC, DEFENDANT-APPELLANT.

Supreme Court of the State of New York, Appellate Division, Fourth Judicial Department
Decided on June 26, 2026
499 CA 25-01347
Present: Bannister, J.P., Montour, Greenwood, Delconte, And Hannah, JJ.

MULHOLLAND MINION DAVEY MCNIFF & BEYRER, WILLISTON PARK (MORGANN MCCARTHY OF COUNSEL), FOR DEFENDANT-APPELLANT AND THIRD-PARTY PLAINTIFF.
BROWN CHIARI LLP, BUFFALO (DAVID W. OLSON OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

Appeal from an order of the Supreme Court, Niagara County (Frank Caruso, J.), entered June 19, 2025, in a personal injury action. The order appointed an arbitrator.
[*1]
Now, upon reading and filing the stipulation of discontinuance by the attorneys for the parties on April 16, 2026,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: June 26, 2026
Ann Dillon Flynn
Clerk of the Court